# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RES-NV ONE, LLC, | |
|     Plaintiff, | Case No. 2:11-cv-00602-JCM-GWF |
| vs. | **ORDER** |
| CELEBRATE HOMES 51, LLC, *et al.* | Application to Enlarge the Time for Service on Harry H. Shull (#14) |
|     Defendants. | |

This matter is before the Court on Plaintiff's Application to Enlarge the Time for Service on Harry H. Shull (#14), filed on August 8, 2011.

Plaintiff requests, out of an abundance of caution, additional time to serve Defendant Harry Shull. Plaintiff has tried to serve Defendant Shull with the complaint and summons over fifteen times. Plaintiff was then granted leave to serve Defendant Shull by publication (*see* # 12). Prior to Plaintiff attempting service by publication, Plaintiff again tried to serve Defendant Shull at his California address. After that attempt failed, Plaintiff then published the summons and complaint in both Nevada Legal News and the North County Times beginning on August 3, 2011 and August 5, 2011, respectively. Plaintiff requests this extension of time in the event that the four weeks of publication expires after the service deadline set by the Court.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Plaintiff has diligently attempted service on Defendant Shull, trying over fifteen times to serve him. Further, Plaintiff has already started the process of service by publication and only requests this extension in the event that the four weeks of publication will extend beyond the service deadline. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Enlarge the Time for Service on Harry H. Shull (#14) is **granted**. Plaintiff shall have an additional forty-five (45) days from the date of this order to perfect service on Defendant Shull.

DATED this 10th day of August, 2011.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**