**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RES-NV ONE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CELEBRATE HOMES 51, LLC, et al.,<br><br>　　　　Defendants. | 2:11-CV-602 JCM (CWH) |

**ORDER**

Presently before the court is plaintiff Res-NV One, LLC's motion for default judgment. (Doc. #26).

The facts, legal arguments, and procedural posture of this case are identical to plaintiff's other action, *Res-NV One, LLC v. Celebrate Properties, LLC, et. al.*, case number 2:11-cv-00606-JCM-CWH. This court dismissed that action on an identical motion for default judgment on January 31, 2011. (Doc. #29 in *Celebrate Properties* docket). For the reasons stated in this court's January 31, 2011, order in the *Celebrate Properties* matter, the present action is similarly dismissed.

IT IS SO ORDERED.

DATED February 1, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**